IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., <br><br> Plaintiff, <br><br> v. <br><br> IARTTOP, et al., <br><br> Defendants. | Case No. 25-cv-00121 <br><br> **Judge Thomas M. Durkin** <br><br> **Magistrate Judge Jeffrey Cole** |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Warner Bros. Entertainment Inc. hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Seller Alias | Schedule A Line No. |
|---|---|
| IARTTOP | 1 |
| FLOYU | 60 |
| GLYia | 65 |
| HLNIUC | 74 |
| Hong Fu Da Ke Ji | 77 |
| TOMATO FANQIE US | 148 |
| YOUHUBUY | 184 |

1

Dated this 28th day of March 2025.

Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
Alexander Whang
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
alexander@tme-law.com

*Counsel for Plaintiff Warner Bros. Entertainment Inc.*