**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., | |
| Plaintiff, | Case No. 25-cv-00121 |
| v. | **Judge Thomas M. Durkin** |
| IARTTOP, et al., | |
| Defendants. | **Magistrate Judge Jeffrey Cole** |

**DEFAULT FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff Warner Bros. Entertainment Inc. ("WBEI") against the defendants identified on Schedule A, and using the online marketplace accounts identified on Schedule A (collectively, the "Seller Aliases"), and WBEI having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction as to certain Defaulting Defendants; WBEI having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United

States, including Illinois. Specifically, WBEI has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of WBEI's federally registered trademarks (the "HP Trademarks") to residents of Illinois. In this case, WBEI has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the HP Trademarks. *See* Docket No. [15], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the HP Trademarks.

A list of the HP Trademarks is included in the below chart.

| Registration Number | Trademark |
|---|---|
| 2,450,787<br>2,450,788<br>2,479,341<br>2,493,484<br>2,497,083<br>2,506,165<br>2,506,166<br>2,525,908<br>2,568,097<br>2,568,098<br>3,926,486<br>5,834,087<br>6,563,454<br>7,133,214 | HARRY POTTER |

| | |
|---|---|
| 2,457,302<br>2,526,111<br>2,530,755<br>2,574,410<br>2,683,060<br>2,685,932 |  |
| 7,323,602 | HARRY POTTER: MAGIC AWAKENED |
| 5,962,675<br>5,962,676<br>6,707,698<br>6,707,699<br>6,719,187<br>6,907,319<br>7,122,049<br>7,279,539 | MISCHIEF MANAGED |
| 6,936,678<br>6,936,703<br>6,936,706<br>6,936,715<br>6,936,716<br>6,943,316 | EXPECTO PATRONUM |
| 6,621,695<br>6,621,696<br>6,621,698 | NIMBUS 2000 |
| 5,945,688<br>5,945,689<br>5,945,690<br>5,945,691<br>6,701,853<br>6,701,854<br>6,809,199 | BOWTRUCKLE |
| 5,994,184<br>5,994,185<br>6,011,345<br>6,011,346<br>6,011,347<br>6,011,348<br>6,050,795 | PORPENTINA GOLDSTEIN |

| | |
|---|---|
| 5,935,739<br>5,935,740<br>5,935,742<br>6,011,349<br>6,011,350<br>6,011,351<br>6,011,352<br>6,011,353 | QUEENIE<br>GOLDSTEIN |
| 5,964,717<br>6,119,654<br>6,119,655<br>6,240,287<br>6,240,288<br>6,974,711<br>7,037,272 | I SOLEMNLY<br>SWEAR THAT I<br>AM UP TO NO<br>GOOD |
| 6,011,334<br>6,011,335<br>6,011,336<br>6,011,337<br>6,011,338 | NO-MAJ |
| 5,994,186<br>5,994,187<br>5,994,188<br>5,994,189<br>5,994,190<br>6,011,354 | JACOB<br>KOWALSKI |
| 5,970,982<br>5,970,983<br>5,970,984<br>5,970,985<br>5,970,986<br>5,970,987<br>5,970,988 | PERCIVAL<br>GRAVES |
| 4,560,670<br>4,941,597<br>6,072,780 | GRINGOTTS |
| 5,625,574<br>6,017,086 | GOLDEN<br>SNITCH |
| 5,851,547<br>5,851,548<br>5,851,549<br>5,851,550<br>5,851,551<br>5,851,552 | ACCIO |

| | |
|---|---|
| 5,867,701<br>5,867,702<br>5,867,704 | THE BLIND PIG |
| 5,845,456<br>5,845,457<br>5,845,460<br>5,850,786<br>5,850,787<br>5,850,790<br>5,850,792<br>5,850,796<br>5,882,924 | MACUSA |
| 2,491,427<br>2,495,015<br>2,497,076<br>2,550,774<br>3,986,326<br>3,986,328<br>4,053,475<br>5,396,287<br>5,497,874<br>5,799,829 | HOGWARTS |
| 5,710,360<br>5,734,453<br>5,921,351<br>5,956,041 | FANTASTIC BEASTS |
| 5,100,666<br>5,114,810<br>5,137,845<br>5,218,768<br>5,245,110<br>5,306,455<br>5,340,954<br>5,793,687<br>5,793,690<br>5,793,692<br>5,849,244 | FANTASTIC BEASTS AND WHERE TO FIND THEM |

| | |
|---|---|
| 5,769,819<br>5,769,820<br>5,769,821<br>5,769,822<br>5,769,823<br>5,769,824<br>5,775,620<br>5,775,621<br>5,918,254<br>5,951,365<br>6,228,613<br>6,228,614<br>6,694,545 | FANTASTIC BEASTS: CRIMES OF GRINDELWALD |
| 5,124,606<br>5,142,072<br>5,241,734<br>5,241,735<br>5,793,707<br>5,793,708<br>5,793,709<br>5,793,711<br>5,894,692 | NEWT SCAMANDER |
| 5,680,668<br>5,680,669<br>5,910,044<br>5,910,045<br>5,910,046<br>5,910,047<br>5,945,686<br>6,195,792<br>6,701,852 | NIFFLER |
| 6,159,282<br>6,365,013 | MAGICAL MISCHIEF |
| 5,800,492<br>5,800,493<br>5,800,494<br>5,935,579 | DEMIGUISE |
| 5,799,864<br>5,799,869<br>5,930,436 | FWOOPER |
| 5,109,849<br>5,109,878 | TIME-TURNER |
| 4,876,091<br>5,142,071<br>5,561,924 | CHUDLEY CANNONS |

| | |
|---|---|
| 6,234,163<br>6,234,164 | HARRY POTTER: WIZARDS UNITE |
| 5,956,169<br>6,245,804<br>6,329,124 | PORTKEY GAMES |
| 3,652,894<br>4,870,849 | LUNA LOVEGOOD |
| 3,958,443<br>5,636,121 | ZONKO'S |
| 3,975,162<br>4,194,934<br>5,487,385 | OWL POST |
| 4,863,368<br>4,868,504<br>5,223,440 | TALES OF BEEDLE THE BARD |
| 3,931,730<br>5,476,341 | FLIGHT OF THE HIPPOGRIFF |
| 4,663,862<br>5,271,512 | LEAKY CAULDRON |
| 4,237,725<br>4,581,231<br>4,632,764<br>5,131,616<br>5,561,303 | MUGGLE |
| 2,632,412 | MUGGLES |
| 3,059,408<br>4,973,854 | DEMENTOR |
| 3,868,831<br>5,012,596<br>5,306,653<br>5,306,713<br>5,389,930<br>5,389,999<br>5,414,521<br>5,414,522<br>5,419,836<br>5,460,527<br>5,511,035<br>5,573,030 | BUTTERBEER |

| | |
|---|---|
| 2,719,635<br>3,994,446<br>4,023,251<br>4,226,195<br>4,227,388<br>4,396,409 | RAVENCLAW |
| 2,508,004<br>2,525,903<br>3,994,447<br>4,002,983<br>4,023,252<br>4,026,600<br>4,132,174 | SLYTHERIN |
| 2,480,839<br>2,516,387<br>2,607,934<br>3,998,723<br>3,998,724<br>4,019,867<br>4,023,249 | GRYFFINDOR |
| 2,505,434<br>3,994,445<br>4,002,982<br>4,023,250<br>4,061,026<br>4,074,874 | HUFFLEPUFF |
| 3,901,355<br>4,664,387<br>7,185,871 | OLLIVANDERS |
| 2,483,583<br>2,502,927<br>4,012,945<br>4,573,507 | HEDWIG |
| 6,770,302<br>6,770,307 | HEDWIG'S THEME[1] |
| 7,356,891<br>7,375,778 | AVADA KEDAVRA |
| 7,356,889<br>7,503,442 | WINGARDIUM LEVIOSA |

---

[1] These are sound marks consisting of the first fifteen bars of "Hedwig's Theme," a musical motif used in all eight *Harry Potter* films.

| | |
|---|---|
| 7,062,280 |  |
| 6,761,342 | PIN SEEKING |
| 4,969,076<br>5,091,446 | PLATFORM 9 3/4 |
| 7,190,551<br>7,190,552<br>7,190,553<br>7,340,488<br>7,340,489<br>7,409,185<br>7,409,186<br>7,409,187<br>7,409,188 |  |
| 7,164,728 | GLADRAGS WIZARDWEAR |
| 2,919,933<br>3,056,159 | BUCKBEAK |
| 2,456,415<br>2,483,585<br>3,986,052<br>3,986,060<br>4,019,970<br>4,109,233 | QUIDDITCH |
| 2,595,096<br>2,759,251<br>3,177,731 | THE SORTING HAT |
| 2,528,301<br>2,621,823 | HAGRID |
| 2,458,608<br>4,009,793<br>4,183,615 | HERMIONE GRANGER |
| 2,456,416<br>2,570,390<br>3,948,415 | RON WEASLEY |
| 2,702,878<br>3,966,674 | ALBUS DUMBLEDORE |

| | |
|---|---|
| 3,901,354<br>3,975,167<br>4,338,994 | HONEYDUKES |
| 3,929,808<br>4,488,713 | HOG'S HEAD |
| 3,887,250 | THREE BROOMSTICKS |
| 5,387,002 | HOGSMEADE |
| 7,062,852 | WIZARDS TAKE FLIGHT |
| 6,701,053 | MIRROR OF ERISED |
| 6,629,012 | HAGRID'S MAGICAL CREATURES MOTORBIKE ADVENTURE |
| 7,026,102 | WIZARDING WEDNESDAYS |
| 6,732,155 | DARK ARTS |
| 6,463,985 | NICOLAS FLAMEL |
| 6,441,675 | WIZARDING PASSPORT |
| 6,323,348 | KEYS AND CURIOS |
| 7,096,177 | DAILY PROPHET |
| 7,080,625 | PHOENIX WAND |
| 5,798,353 | HARRY POTTER: HOGWARTS MYSTERY |
| 5,751,749 | HARRY POTTER AND THE CURSED CHILD |
| 4,983,875 | DOBBY |
| 2,701,382 | SNAPE |
| 2,489,063 | BERTIE BOTT'S EVERY FLAVOR BEANS |
| 2,801,298 | FAWKES |
| 4,049,613 | DIAGON ALLEY |

| | |
|---|---|
| 4,060,320 | PROFESSOR DUMBLEDORE |
| 3,929,202 | HARRY POTTER AND THE FORBIDDEN JOURNEY |
| 3,890,843 | DERVISH AND BANGES |
| 6,348,112 | KNIGHT BUS |
| 4,425,852 | REMEMBRALL |
| 4,198,833 | GINNY WEASLEY |
| 3,508,583 | DUMBLEDORE'S ARMY |
| 2,669,605 | LORD VOLDEMORT |
| 2,643,496 | SCABBERS |
| 3,917,661 | MAGIC NEEP |
| 2,579,560 | DRACO MALFOY |
| 3,005,958 3,378,405 | HARRY POTTER AND THE SORCERER'S STONE |
| 3,378,401 | HARRY POTTER AND THE CHAMBER OF SECRETS |
| 2,973,235 4,061,080 4,498,415 | HARRY POTTER AND THE PRISONER OF AZKABAN |
| 3,104,726 4,467,108 4,649,583 | HARRY POTTER AND THE GOBLET OF FIRE |
| 3,340,899 3,419,797 3,419,796 3,525,664 | HARRY POTTER AND THE ORDER OF THE PHOENIX |
| 3,709,670 3,719,406 3,787,931 3,818,958 3,908,384 | HARRY POTTER AND THE HALF-BLOOD PRINCE |

| | |
|---|---|
| 4,050,182<br>4,053,693<br>4,060,897<br>4,551,994 | HARRY POTTER AND THE DEATHLY HALLOWS |
| 6,124,680<br>6,124,681<br>6,124,683<br>6,124,684<br>6,124,687<br>6,124,688<br>6,124,689<br>6,124,690<br>6,124,691 | MARAUDER'S MAP |
| 5,530,768<br>5,530,769<br>5,530,770<br>5,530,771<br>5,530,772<br>5,541,501 | J.K. ROWLING'S WIZARDING WORLD |
| 3,864,766<br>3,864,767<br>3,864,768<br>3,864,769<br>3,883,225<br>3,894,184<br>3,894,185<br>3,894,186<br>3,911,377<br>3,920,029<br>3,925,834 | THE WIZARDING WORLD OF HARRY POTTER |
| 6,672,355<br>6,672,356<br>6,834,121<br>6,834,122<br>6,834,123<br>6,901,373 | WIZARDING WORLD |

| | |
|---|---|
| 6,096,860<br>6,283,506<br>6,283,507<br>6,283,508<br>6,283,509<br>6,283,510<br>6,283,511<br>6,283,512<br>6,289,772<br>6,289,773<br>6,301,691<br>6,731,980<br>6,754,551<br>6,996,866 |  |
| 4,973,375<br>5,129,404 |  |
| 4,928,689<br>4,952,370<br>5,166,914 |  |

| | |
|---|---|
| 5,140,245 |  |
| 5,660,150<br>5,660,152<br>5,660,154<br>5,660,156<br>5,660,158<br>5,660,159 | |
| 5,665,723<br>5,666,311<br>5,779,064<br>5,797,424 | |

| | |
|---|---|
| 5,628,824<br>5,656,809<br>5,656,810<br>5,656,811 | |
| 5,779,069<br>5,797,356<br>5,797,427<br>5,871,006 | |
| 5,571,738<br>5,571,739<br>5,581,853<br>5,581,854 | |



| | |
|---|---|
| 5,797,321<br>5,797,357<br>5,797,425<br>5,797,457 |  |
| 5,581,845<br>5,581,846<br>5,581,847<br>5,581,848 | |
| 5,757,632<br>5,757,641<br>5,757,764<br>5,811,075 | |



| 5,656,812 5,656,813 5,656,814 5,656,815 | |
| 5,698,239 5,698,240 5,698,242 5,698,243 | |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

Accordingly, this Court orders that WBEI's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1.  Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a.  using the HP Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine WBEI product or not authorized by WBEI to be sold in connection with the HP Trademarks;

    b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine WBEI product or any other product produced by WBEI, that is not WBEI's or not produced under the authorization, control, or supervision of WBEI and approved by WBEI for sale under the HP Trademarks;

    c.  committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of WBEI, or are sponsored by, approved by, or otherwise connected with WBEI; and

    d.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for WBEI, nor authorized by WBEI to be sold or offered for sale, and which bear any of WBEI's trademarks, including the HP Trademarks, or any reproductions, counterfeit copies or colorable imitations.

2.  Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Seller Aliases, including, without limitation, any online marketplace platforms

18

such as Amazon.com, Inc. ("Amazon") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Seller Aliases, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the HP Trademarks; and

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the HP Trademarks or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine WBEI product or not authorized by WBEI to be sold in connection with the HP Trademarks.

3.    Upon WBEI's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the HP Trademarks.

4.    Pursuant to 15 U.S.C. § 1117(c)(2), WBEI is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful use of counterfeit HP Trademarks on products sold through at least the Seller Aliases. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

5.    Any Third Party Providers holding funds for Defaulting Defendants, including Amazon, Amazon Pay, PayPal, Inc. ("PayPal"), Payoneer Global, Inc. ("Payoneer"), and Stripe, Inc.

("Stripe"), shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Seller Aliases from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 6 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon, Amazon Pay, Payoneer, PayPal, and Stripe, are hereby released to WBEI as partial payment of the above-identified damages, and Third Party Providers, including Amazon, Amazon Pay, Payoneer, PayPal, and Stripe, are ordered to release to WBEI the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until WBEI has recovered full payment of monies owed to it by any Defaulting Defendant, WBEI shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that WBEI identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, WBEI may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Paul Varley and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The forty eight thousand dollars ($48,000) surety bond posted by WBEI is hereby released to WBEI or its counsel, TME Law P.C. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to WBEI or its counsel.

This is a Default Judgment.

Dated: September 16, 2025

Thomas M. Durkin
United States District Judge

**Warner Bros. Entertainment Inc. v. IARTTOP, et al. – Case No. 25-cv-00121**

**Schedule A**

| No. | Seller Alias | URL |
|---|---|---|
| 1 | DISMISSED | DISMISSED |
| 2 | ABLKMpin044111ABLhao | https://www.amazon.com/sp?ie=UTF8&seller=A18D1PJL8ZT66W |
| 3 | DISMISSED | DISMISSED |
| 4 | DISMISSED | DISMISSED |
| 5 | Anicon | https://www.amazon.com/sp?ie=UTF8&seller=A5H7CZVN8MP2A |
| 6 | DISMISSED | DISMISSED |
| 7 | artbaby | https://www.amazon.com/sp?ie=UTF8&seller=A2E9LQVD18XVO6 |
| 8 | Atesswy | https://www.amazon.com/sp?ie=UTF8&seller=A2DY3OV0RZ2H0O |
| 9 | AUII JO DESIGN | https://www.amazon.com/sp?ie=UTF8&seller=A3CA0H14SIYAV9 |
| 10 | Aulaygo | https://www.amazon.com/sp?seller=AHWFHKGN104SA |
| 11 | AURORAPARTY Express Joy LLC | https://www.amazon.com/sp?ie=UTF8&seller=A3JQKXMSIJ9TCQ |
| 12 | Ava Custom Store | https://www.amazon.com/sp?ie=UTF8&seller=A18ULM9IHC7120 |
| 13 | Basicon-US | https://www.amazon.com/sp?ie=UTF8&seller=A1LND61NDG8SQI |
| 14 | DISMISSED | DISMISSED |
| 15 | Be finer | https://www.amazon.com/sp?ie=UTF8&seller=A2C4QV51KCW7IU |
| 16 | Bergerio | https://www.amazon.com/sp?ie=UTF8&seller=AF6K57AWV3T4A |
| 17 | DISMISSED | DISMISSED |
| 18 | DISMISSED | DISMISSED |
| 19 | Bluecurry-Trade | https://www.amazon.com/sp?ie=UTF8&seller=A3W34PNOERLNB1 |
| 20 | DISMISSED | DISMISSED |
| 21 | BowenShopGift | https://www.amazon.com/sp?ie=UTF8&seller=A1DLYEWQU1TX5T |
| 22 | BSTGIFT | https://www.amazon.com/sp?ie=UTF8&seller=A2FGYRGMAR2SAT |
| 23 | Buffaloo | https://www.amazon.com/sp?ie=UTF8&seller=A3U9EZCJMAE3TT |
| 24 | DISMISSED | DISMISSED |

| 25 | Cande Home Store | https://www.amazon.com/sp?ie=UTF8&seller=A9XAUGQMMAXGD |
|---|---|---|
| 26 | DISMISSED | DISMISSED |
| 27 | CayyonStore | https://www.amazon.com/sp?ie=UTF8&seller=A2WRZJ6CTKLX00 |
| 28 | Chanding | https://www.amazon.com/sp?ie=UTF8&seller=A2DGPH78FCM01N |
| 29 | ChenKajol | https://www.amazon.com/sp?ie=UTF8&seller=A3ETD7PYCT1M7T |
| 30 | chenyikaidexiaodian | https://www.amazon.com/sp?ie=UTF8&seller=A2ZFBKNP97DRG6 |
| 31 | chenzimingdexiaodian | https://www.amazon.com/sp?ie=UTF8&seller=A16I8DFLP6XK0Z |
| 32 | CHIJIANGLUYE | https://www.amazon.com/sp?ie=UTF8&seller=A1MLSY714KV738 |
| 33 | ChongYangXianKongYiBaiHuoDian | https://www.amazon.com/sp?ie=UTF8&seller=AG6AM4WSV4RNY |
| 34 | Cokonabo | https://www.amazon.com/sp?seller=A1QTX2RGOL18MY |
| 35 | Collection-Toy | https://www.amazon.com/sp?ie=UTF8&seller=A18XFVT1Q2J1BZ |
| 36 | Compr | https://www.amazon.com/sp?ie=UTF8&seller=AF5LXBU54SLZK |
| 37 | DISMISSED | DISMISSED |
| 38 | Craftstring | https://www.amazon.com/sp?ie=UTF8&seller=A36EXZPTA1KWMB |
| 39 | DISMISSED | DISMISSED |
| 40 | dadalydecor | https://www.amazon.com/sp?ie=UTF8&seller=A1CM9C1LI9MMT0 |
| 41 | Daihongguang | https://www.amazon.com/sp?ie=UTF8&seller=ALBW96MJN61JW |
| 42 | DATOUKAIFEI | https://www.amazon.com/sp?ie=UTF8&seller=A2JQX8CU0VV4NI |
| 43 | DISMISSED | DISMISSED |
| 44 | Dazzling Costumes | https://www.amazon.com/sp?seller=A15WF1Z1K38LUT |
| 45 | DCLINA | https://www.amazon.com/sp?ie=UTF8&seller=A2ERTIIYA9VPDA |
| 46 | DISMISSED | DISMISSED |
| 47 | DesiMao | https://www.amazon.com/sp?ie=UTF8&seller=A2MTTOFCEL24OI&asin=B09TRWGP4T&ref |
| 48 | dijunshop | https://www.amazon.com/sp?ie=UTF8&seller=A20PGVH1SO75PK |
| 49 | DINGMAOKEJI | https://www.amazon.com/sp?ie=UTF8&seller=A1JX0GZMVIFKFC |
| 50 | DISMISSED | DISMISSED |

| 51 | DoMiDola | https://www.amazon.com/sp?ie=UTF8&seller=A35NS4DMOL0M3Y |
| 52 | DONGshi | https://www.amazon.com/sp?ie=UTF8&seller=A3SB1EMCNECQ9 |
| 53 | DISMISSED | DISMISSED |
| 54 | EIFFTER | https://www.amazon.com/sp?ie=UTF8&seller=A2XUXJHEDD1EG8 |
| 55 | Fangtex | https://www.amazon.com/sp?ie=UTF8&seller=A2QYVDTLXG6TZL |
| 56 | Fanquexy Store | https://www.amazon.com/sp?seller=A392E70P75PMGQ |
| 57 | FanSH | https://www.amazon.com/sp?ie=UTF8&seller=A288BPVX4QH905 |
| 58 | FENAone | https://www.amazon.com/sp?ie=UTF8&seller=A16FKWHNFGAZQM |
| 59 | Fevedeco Shop | https://www.amazon.com/sp?ie=UTF8&seller=A3SQLG4ZRQ0OCC |
| 60 | DISMISSED | DISMISSED |
| 61 | foshanshihanzhehengfumaoyiyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=ALMHOJ3MR72JS |
| 62 | Free Kingdom Discount Store | https://www.amazon.com/sp?ie=UTF8&seller=A2CX26DRD6E3N5 |
| 63 | DISMISSED | DISMISSED |
| 64 | GemZono | https://www.amazon.com/sp?ie=UTF8&seller=ARODHOSLAAIED |
| 65 | DISMISSED | DISMISSED |
| 66 | guangzhoujunjishangmaoyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A3UHPKIEJO7HM4 |
| 67 | GuoyuanUS | https://www.amazon.com/sp?ie=UTF8&seller=A1Y99UOENKRZLN |
| 68 | GZLSXCL | https://www.amazon.com/sp?seller=A3S3IXINL7PFY4 |
| 69 | HautHome | https://www.amazon.com/sp?ie=UTF8&seller=A1W2TJKMBS1FVW |
| 70 | HEFEI FANGTANXIU SHANGMAO YOUXIANGONGSI | https://www.amazon.com/sp?ie=UTF8&seller=A2RP8FIURLH26 |
| 71 | DISMISSED | DISMISSED |
| 72 | DISMISSED | DISMISSED |
| 73 | hezongjuntwerjsdf | https://www.amazon.com/sp?ie=UTF8&seller=A3UXY7TND9CYU3 |
| 74 | DISMISSED | DISMISSED |
| 75 | HOIYLDS Store | https://www.amazon.com/sp?ie=UTF8&seller=A1W01A9GOMOS0E |
| 76 | DISMISSED | DISMISSED |
| 77 | DISMISSED | DISMISSED |

| 78 | hubeishenglanzhouwangluokejiyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A1KPWYI6II744N |
|---|---|---|
| 79 | Hui Ying Ltd | https://www.amazon.com/sp?ie=UTF8&seller=A2NRODALQA96I6 |
| 80 | HYHUA | https://www.amazon.com/sp?ie=UTF8&seller=A1WVIO884D8OB4 |
| 81 | iftnotea | https://www.amazon.com/sp?ie=UTF8&seller=A2ZTHVVONOD3PI |
| 82 | iWishta | https://www.amazon.com/sp?ie=UTF8&seller=AQZVXUPKW6QJE |
| 83 | DISMISSED | DISMISSED |
| 84 | DISMISSED | DISMISSED |
| 85 | DISMISSED | DISMISSED |
| 86 | Jinbao Lining | https://www.amazon.com/sp?ie=UTF8&seller=A15X4OALD9K2X0 |
| 87 | JiuJiangShiZhenBoMaoYiYouXianGongSi1 | https://www.amazon.com/sp?ie=UTF8&seller=AT66T9BL6WE5Y |
| 88 | JOO-Feng | https://www.amazon.com/sp?ie=UTF8&seller=A8H3QZE831RSQ |
| 89 | July 19 night | https://www.amazon.com/sp?ie=UTF8&seller=A1O1SV2EQC5XOW |
| 90 | Kawacute | https://www.amazon.com/sp?ie=UTF8&seller=A1QPQHVN6093 |
| 91 | DISMISSED | DISMISSED |
| 92 | KMALeng | https://www.amazon.com/sp?ie=UTF8&seller=AM10HBMHGTWER |
| 93 | kunmingdizuowangluokejiyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A1D2EYEEWM801T |
| 94 | kunmingjiangyunshangmaoyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A1GADBLJIXBVD4 |
| 95 | KWISTQ | https://www.amazon.com/sp?ie=UTF8&seller=A945Q7QGPDS57 |
| 96 | DISMISSED | DISMISSED |
| 97 | L9x0u5n9U3L7y7u5eP | https://www.amazon.com/sp?ie=UTF8&seller=A2ESBP7L6AO5H7 |
| 98 | Landico | https://www.amazon.com/sp?ie=UTF8&seller=A1CZ4RNQ2WODZV |
| 99 | Lanpanzi Technology | https://www.amazon.com/sp?ie=UTF8&seller=AVT9B28V636SN |
| 100 | lffdys | https://www.amazon.com/sp?seller=A30TRWRUL047Y3 |
| 101 | licson | https://www.amazon.com/sp?ie=UTF8&seller=A39CSFTZ613G6I |
| 102 | LIDAzone | https://www.amazon.com/sp?ie=UTF8&seller=A2PKRP9WXOKOKF |

| 103 | Lilbok Trading | https://www.amazon.com/sp?ie=UTF8&seller=A31OSDWQ7SJ8GH |
|---|---|---|
| 104 | DISMISSED | DISMISSED |
| 105 | DISMISSED | DISMISSED |
| 106 | DISMISSED | DISMISSED |
| 107 | lxiuadpu | https://www.amazon.com/sp?ie=UTF8&seller=A1KFJRQ3MQPRBU |
| 108 | LYUMIE | https://www.amazon.com/sp?ie=UTF8&seller=A3CVUT0L29CRYW |
| 109 | MagicEB | https://www.amazon.com/sp?ie=UTF8&seller=A12E4ESBXRAZ0U |
| 110 | DISMISSED | DISMISSED |
| 111 | MINAZIS Official | https://www.amazon.com/sp?seller=A2XD64N0S79MLH |
| 112 | Moon Suki | https://www.amazon.com/sp?ie=UTF8&seller=A2RFI6V5USCBM4 |
| 113 | MR.LAMP | https://www.amazon.com/sp?ie=UTF8&seller=A3U9W8LSH0GSDU |
| 114 | Mshaiying | https://www.amazon.com/sp?ie=UTF8&seller=ADY2YZKIRBKML |
| 115 | MT Printers | https://www.amazon.com/sp?ie=UTF8&seller=A2QEE3JGHTSDO1 |
| 116 | Mutochy | https://www.amazon.com/sp?ie=UTF8&seller=A32JTQ66ROZ0BJ |
| 117 | New Happy Element | https://www.amazon.com/sp?ie=UTF8&seller=A245SWQIVXKMIM |
| 118 | NsParty Supplies US | https://www.amazon.com/sp?seller=A32Y1F3GBYSNF1 |
| 119 | OFRKE | https://www.amazon.com/sp?ie=UTF8&seller=A2UHTP2KMAMODO |
| 120 | OuShi Ltd | https://www.amazon.com/sp?ie=UTF8&seller=APPUXNM0MAQJQ |
| 121 | Outtymate | https://www.amazon.com/sp?ie=UTF8&seller=A2JYUI0CIQ3MJK |
| 122 | Painting Direct | https://www.amazon.com/sp?ie=UTF8&seller=A1PN0PGGZMQCNE |
| 123 | Party Super | https://www.amazon.com/sp?seller=A1ILAB7QPIPR34& |
| 124 | Partyreal | https://www.amazon.com/sp?ie=UTF8&seller=A1PQT5OUUIHAYR |
| 125 | pingdinhuajieshangmao | https://www.amazon.com/sp?ie=UTF8&seller=A1UAP2QG7O5C7Z |
| 126 | putianshihanjiangquwuhaoqinmaoyiyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A2DG2HN8IIHNE |
| 127 | DISMISSED | DISMISSED |
| 128 | DISMISSED | DISMISSED |
| 129 | QIYUE Store | https://www.amazon.com/sp?ie=UTF8&seller=A2HR4OLCQYZGAR |

| | | |
|---|---|---|
| 130 | R2m4o7U49M0c2i1Y | https://www.amazon.com/sp?ie=UTF8&seller=A9KWBD1IMZPKN |
| 131 | DISMISSED | DISMISSED |
| 132 | DISMISSED | DISMISSED |
| 133 | DISMISSED | DISMISSED |
| 134 | sanyashibachengmaoyiyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A3VFP9NIXSOXPF |
| 135 | Sanyushine.high | https://www.amazon.com/sp?seller=A2EX5PXBX3B5JC |
| 136 | Sheho Online | https://www.amazon.com/sp?ie=UTF8&seller=A24HPTV9TNCDK |
| 137 | shenzhenshihongyuekejiyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A3GBAPM1I1T0B7 |
| 138 | DISMISSED | DISMISSED |
| 139 | Smileeeb | https://www.amazon.com/sp?ie=UTF8&seller=AD7LXNJR0WWZH |
| 140 | DISMISSED | DISMISSED |
| 141 | DISMISSED | DISMISSED |
| 142 | spring kang | https://www.amazon.com/sp?ie=UTF8&seller=A27KBTHULHETT6 |
| 143 | Suwang-Direct | https://www.amazon.com/sp?seller=A2ZPGZT44YWCF7 |
| 144 | Sweetiyou | https://www.amazon.com/sp?ie=UTF8&seller=A2JT929OTL9H33 |
| 145 | SWEETTALA Party Decors | https://www.amazon.com/sp?ie=UTF8&seller=AM16382JBHTBU |
| 146 | DISMISSED | DISMISSED |
| 147 | Tiwabb Store | https://www.amazon.com/sp?ie=UTF8&seller=A2BNVQ3WHFRRZM |
| 148 | DISMISSED | DISMISSED |
| 149 | tongwenshangmao | https://www.amazon.com/sp?ie=UTF8&seller=A3I4BRPQHDF4V |
| 150 | DISMISSED | DISMISSED |
| 151 | TTXXLL | https://www.amazon.com/sp?seller=A1SY88UAKTGUF1 |
| 152 | Tule Durimu | https://www.amazon.com/sp?ie=UTF8&seller=A181VL75D4PSCY |
| 153 | TUYUU | https://www.amazon.com/sp?ie=UTF8&seller=A1CI71TZIKZR5C |
| 154 | US BAIKE | https://www.amazon.com/sp?ie=UTF8&seller=A1EW386YSU7QZO |
| 155 | US-JJW | https://www.amazon.com/sp?ie=UTF8&seller=A2306DQNV8VSC4 |
| 156 | DISMISSED | DISMISSED |
| 157 | W JJJIEUN | https://www.amazon.com/sp?ie=UTF8&seller=A1AXZ5LL6OEW7 |

| | | |
|---|---|---|
| 158 | W-Sehi Shop | https://www.amazon.com/sp?ie=UTF8&seller=A1F3V4QY2DLKT3 |
| 159 | WADOLLE | https://www.amazon.com/sp?ie=UTF8&seller=A1S7AOU7GTVMGF |
| 160 | waiyqju | https://www.amazon.com/sp?ie=UTF8&seller=A4JAU01YBHUHV |
| 161 | DISMISSED | DISMISSED |
| 162 | WanLaiTe | https://www.amazon.com/sp?ie=UTF8&seller=A2ENZE13QHT67V |
| 163 | WeChip Official Shop | https://www.amazon.com/sp?ie=UTF8&seller=A1XNKS51HM8B0D |
| 164 | Wenhandianzi | https://www.amazon.com/sp?seller=A3AEXN9VK4P7Q4 |
| 165 | Wenzhou Hanyan e-commerce Co., Ltd. | https://www.amazon.com/sp?ie=UTF8&seller=A2SNYVMQOH5B5I |
| 166 | DISMISSED | DISMISSED |
| 167 | Winnsty | https://www.amazon.com/sp?ie=UTF8&seller=A2NLSZ3NH17YNO |
| 168 | Wish-Card | https://www.amazon.com/sp?ie=UTF8&seller=A31EE4HZPT7OSU |
| 169 | Wonderful Party LLC | https://www.amazon.com/sp?ie=UTF8&seller=A2GBGBQC3MJALS |
| 170 | xiangyangshikazaizaishangmaoyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A34KJ38W9YVJPK |
| 171 | DISMISSED | DISMISSED |
| 172 | Xin Zhi Suo Yuan | https://www.amazon.com/sp?ie=UTF8&seller=A269RW5TBGGJ40 |
| 173 | DISMISSED | DISMISSED |
| 174 | yangyangdeshangmaodian | https://www.amazon.com/sp?ie=UTF8&seller=A2J633XC8T06PC |
| 175 | YANGyYang | https://www.amazon.com/sp?ie=UTF8&seller=A9DS5754MN37Q |
| 176 | YEZZZZ | https://www.amazon.com/sp?ie=UTF8&seller=A1GFVMEG4TL8UQ |
| 177 | YHgift | https://www.amazon.com/sp?ie=UTF8&seller=A2GVGSB7FYSAL1 |
| 178 | YINBANGKE | https://www.amazon.com/sp?ie=UTF8&seller=A3344J3SWCNISI |
| 179 | YiRAN US | https://www.amazon.com/sp?ie=UTF8&seller=A3PI91BQVCW2AJ |
| 180 | yiwushilouyimaoyiyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=AON36HPD9ERXG |
| 181 | yiwushiyigangmaoyiyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=AY3FPBSON7PY0 |
| 182 | DISMISSED | DISMISSED |

| | | |
|---|---|---|
| 183 | Yongchun Qiaofeng Trading Co., LTD | https://www.amazon.com/sp?ie=UTF8&seller=A1KHM0UI3343DO |
| 184 | DISMISSED | DISMISSED |
| 185 | YSMY-US | https://www.amazon.com/sp?ie=UTF8&seller=AV21G3J8DQB9Y |
| 186 | YSUNETER ARTS | https://www.amazon.com/sp?ie=UTF8&seller=ABM3YGFYFRW81 |
| 187 | yuehuashangmaodian | https://www.amazon.com/sp?ie=UTF8&seller=A2YXSW2U6IF7AS |
| 188 | zhanghongqinyingzenan | https://www.amazon.com/sp?ie=UTF8&seller=A12NRO6JI52RI6 |
| 189 | zhenbangbang | https://www.amazon.com/sp?ie=UTF8&seller=A1DABE8DS6M98A |
| 190 | zhenyifushi | https://www.amazon.com/sp?ie=UTF8&seller=A1LGB674QRPJIE |
| 191 | zhijiangshisehengshangmaoyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A1MMF291Y047YN |
| 192 | DISMISSED | DISMISSED |
| 193 | zlhcgd | https://www.amazon.com/sp?ie=UTF8&seller=A56DS77L5FK2B |
| 194 | ZUOKA | https://www.amazon.com/sp?ie=UTF8&seller=AA2BA7FY71W8S |
| 195 | Zwin-us | https://www.amazon.com/sp?ie=UTF8&seller=A103Y51XVAONB5 |
| 196 | 昆明队炜电子商务有限公司 | https://www.amazon.com/sp?ie=UTF8&seller=A1PSKYZKB5T1F2 |
| 197 | 曹繁 | https://www.amazon.com/sp?ie=UTF8&seller=A1YW948BBFE14G |
| 198 | 湘潭文红文具经营部 (个人独资) | https://www.amazon.com/sp?ie=UTF8&seller=A39HY9POJLC7C5 |
| 199 | 莆田市秀屿区舞魅靓百货商行 | https://www.amazon.com/sp?ie=UTF8&seller=A3NPYW48ODS0DY |