IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., <br><br> Plaintiff, <br><br> v. <br><br> IARTTOP, et al., <br><br> Defendants. | Case No. 25-cv-00121 <br><br> **Judge Thomas M. Durkin** <br><br> **Magistrate Judge Jeffrey Cole** |

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on September 16, 2025 [70], in favor of Plaintiff Warner Bros. Entertainment Inc. ("WBEI" or "Plaintiff") against the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000.00) per Defaulting Defendant for willful use of counterfeit versions of HP Trademarks in connection with the sale of products through at least the Seller Aliases. Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desire to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Seller Alias | Schedule A Line No. |
|---|---|
| Basicon-US | 13 |
| NsParty Supplies US | 118 |
| SWEETTALA Party Decors | 145 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 5th day of December 2025.	Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
Alexander Whang
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
alexander@tme-law.com

*Counsel for Plaintiff Warner Bros. Entertainment Inc.*